1

David Knight

v

City of Cambridge

(Cambridge) Police Dept

David Knight is a resident of

Woburn Massachusetts and a

citizen of the United States

The City of Cambridge is a city in

the Massachusetts, state in the

United States

2014 MAY 28 P 4: 53
U.S. DISTRICT COURT
DISTRICT OF MASS.
CLERKS OFFICE

2

On May 28, 2011, David Knight and
friend Debby Scott went to the
Hong Cong Restaurant on Mass Ave
in Harvard Square, Cambridge Ma
to get take out Chinese food to take Home
I received my food and was ready to
leave, on the way there was an fire
at the door (Exit door)
~~who~~ who followed us out of the resaurent.
David stepped in front of Bartleys to
say hellow to a couple of Guys he knew
He handed me the Bag of Chinese food
~~Bartles to look to the space cop on the left~~
~~to get the legally Packet car towed~~
~~from ST~~

I walked a little ways up to get the car and backed it up to pick up David.

While I went to get the car the officer that Erin had followed out of the restaurant walked over near Dave and said "How are you Guys Doing" and walked back to the Restaurant and stood in front of the Restaurant Dave finished talking to the Guys and when I looked up, He got in the car on the passenger side.

At that point The Officer knocked really hard on my drivers side window, Verbally told me bend down and turn the car off and give me the keys

He screamed at me to give him the keys. David said to me "NO! you don't have to give him your keys." I turned off the car and He reached across in front of me (thru the Drivers Window) and maced David in the face twice!

Then David finally found his way out of the car around behind the car and asked the officer what was wrong with him and why did He (the officer) Spray David in the face. Are you hiding behind your Badge, what is wrong with you, is this normal Protocol

When the Officer (Joe Kelley) had cuffed David to the mail Box on the corner of Mass Ave and Plympton St.

There was no reason for this to Occur! David feels that he was targeted (singled out) for No apparent reason David was arrested, put a paddy wagon driven away to the Jail at the Police Station (Cambridge Ma He was locked up charged with disorderly conduct then they later on charge (added) assaulting Police Officer.

6

They held him in jail for seven hours, until freed

Davel was bailed out late in and late morning early afternoon had to return to court the following Tuesday (because it was a Memorial Day Weekend). That Tuesday is when they added the Assault Charge to the other (disorderly charge) we followed these with the Court process and was later (February 21, 2012) found not guilty of all charges!

This was a case of Racial Profiling

7

David is Black and Debby is
White. It was also a case
of Police Misconduct, and Civil Rights
Violation and a wrongful
arrest.

David is already Blind in
One eyes which makes the
even worse because this
miscarriage of Justice was done
to a handi-cap persons
the David has been destroyed by
this - His life has been severely
altered He is always looking over
his shoulder and not being a Normal

He had had to go Back and
forthe to the Dr. + Weary been
He is traumalized behind
Belief

David Afu has been
sueing Because of his insident
or David is afraid to Leave his
Home, but go to fear of
Suing to cambidge Because of
this, He also lost his job because of this
Deborah Scott on a witness of
all this and our lifes have been
Totally altered for the Worse every day!

9

7 David Knight Would Like to Sue the City of

Cambridge Ma.

For the Amount of 1 million Dollars for the wrongful

injustice caused to

me and whatever what the court deems just

David Knight
David Knight
2 Kimball Court Apt 409
Woburn, Ma 01801

857-753-6056