UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID KNIGHT | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.   14-12587-LTS |
| | ) | |
| CITY OF CAMBRIDGE, et al., | ) | |
| Defendants. | ) | |

ORDER

SOROKIN, D.J.

Plaintiff David Knight initiated this action by filing a pro se complaint accompanied by an Application to Proceed in District Court Without Prepaying Fees or Costs.

By Memorandum and Order dated August 19, 2014, the Court denied Knight's Application without prejudice to renewing and advised Knight that he must show cause why this action should not be dismissed, or he shall file an amended complaint.

The time for responding to the Court's August 19, 2014 Memorandum and Order expired on September 23, 2014. Having received no response to that Memorandum and Order, the above entitled action is hereby DISMISSED without prejudice. The Clerk shall enter a separate order of dismissal.

SO ORDERED.

10/14/14
DATE

LEO T. SOROKIN
UNITED STATES DISTRICT JUDGE