UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No**:** 1:14-12587 LTS

DAVID KNIGHT
Plaintiff

v.

CITY OF CAMBRIDGE
Defendant

## ORDER OF DISMISSAL& CLOSING ORDER

SOROKIN, M.J.

In Accordance with the order dismissing this case. It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party.

By the Court,

 /s/ Maria Simeone
Courtroom Deputy Clerk
The Honorable Leo T. Sorokin
United States District Judge

To: All Counsel